UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| | : | |
| v. | : | |
| | : | VIOLATION: |
| PAMELA WILSON, | : | 18 U.S.C. § 2252A(a)(5)(B) |
| Defendant. | : | (Possession of Child Pornography) |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

Between on or about August 29, 2016 and on or about October 21, 2016, in the Eastern District of Virginia, the defendant, **PAMELA WILSON** did knowingly possess more than 600 images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which items included depictions of prepubescent minors or minors under the age of twelve years, which items were mailed, which items were shipped or transported using any means or facility of interstate or foreign commerce, which items were shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, and which items were produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

**(Possession of Child Pornography**, in violation of Title 18, United States Code, Section 2252A(a)(5)(B))

CHANNING D. PHILLIPS
United States Attorney

_/s/ Andrea Hertzfeld_
ANDREA L. HERTZFELD, D.C. Bar No. 494059
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7808
Andrea.Hertzfeld@usdoj.gov